THE PEOPLE OF THE STATE OF NEW YORK ex rel. CURTIS WHITE, Appellant, v. J. DONOVAN, as Warden of the Brooklyn House of Detention for Men, Respondent.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.